MURPHY, Appellant, v. YONKERS SAVINGS BANK et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Denis J. Murphy, an infant, by Denis Murphy, guardian ad litem, against the Yonkers Savings Bank and Mary Higgins Duffy, as administratrix, etc.

PER CURIAM. Motion to dismiss appeal denied, upon condition that any amendments to the printed case proposed by the Savings Bank are within 10 days to be submitted to the trial justice for settlement, and then, when passed upon, and the case resettled, appellant within 10 days thereafter correct the appeal book, either by changing the matter that now stands in print, or by annexing additional pages, so as to conform to such resettlement, and shall then place the cause upon the May calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

NAPPA, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Frank Nappa against the Erie Railroad Company.

PER CURIAM. Judgment affirmed, with costs, upon the opinion of Kruse, J., on former appeal in same case, reported at 155 App. Div. 9, 139 N. Y. Supp. 547.

FOOTE, J., dissents.

NATIONAL FIREPROOFING CO., Appellant, v. TOWER BROS. STATIONERY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by the National Fireproofing Company against the Tower Bros. Stationery Company and others. W. M. Geer, Jr., of New York City, for appellant. F. R. Kellogg, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

NEWBURGH SAVINGS BANK v. JIMAL REALTY CO. et al. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by the Newburgh Savings Bank against the Jimal Realty Company, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

NEWCOMB v. LA ROE. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Warren P. Newcomb, as executor, etc., against Jeanne La Roe. No opinion. Motion denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 133.

In re NEW COURT HOUSE SITE. (Supreme Court, Appellate Division, First Department. February 27, 1914.) In the matter of the New Court House Site. No opinion. Motion granted. Order filed.

NEWMAN v. J. J. MITCHELL CO. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Arthur L. Newman against the J. J. Mitchell Company. No opinion. Motion granted. Order filed. See, also, 158 App. Div. 917, 143 N. Y. Supp. 1132.

NEW YORK CATHOLIC PROTECTORY v. ROCKLAND COUNTY. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by the New York Catholic Protectory against Rockland County. No opinion. Motion granted; question certified; order filed. See, also, 159 App. Div. 455, 144 N. Y. Supp. 552.

NICHOLS, Respondent, v. NICHOLS, Appellant. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Emily B. Nichols against Alexander A. Nichols.

PER CURIAM. As the plaintiff executed an agreement whereby she received the conveyance of the property in East Fifth street in full satisfaction of all claim for support, which agreement was not delivered to the defendant until after the termination of this action, the order should be modified, so far as it provides for the payment of $75 monthly as in whole or in part an allowance to the plaintiff for her support, so that the decree shall provide that the said sum shall be paid for the support of the children alone, with leave, however, to the defendant, if he be so advised, to apply at Special Term for a reduction of said sum to such an amount as is proper for the support and maintenance of the children alone; and, as so modified, the order is affirmed, without costs. See, also, 146 N. Y. Supp. 1102.